UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DOUGLAS AUTOTECH
CORPORATION,

        Plaintiff,

Case No. 1:06-CV-448

v.

Hon. Richard Alan Enslen

TWIN CITY FIRE INSURANCE
COMPANY,

**ORDER**

        Defendant.
_____/

        In accordance with the Opinion of this date;

        **IT IS HEREBY ORDERED** that Defendant Twin City Fire Insurance Company's Motion for Summary Judgment (Dkt. No. 28) is **DENIED**.

Dated in Kalamazoo, MI:                  /s/Richard Alan Enslen
April 5, 2007                                Richard Alan Enslen
                                            Senior United States District Judge