UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DOUGLAS AUTOTECH
CORPORATION,

        Plaintiff,

v.

TWIN CITY FIRE INSURANCE
COMPANY,

        Defendant.
_____/

Case No. 1:06-CV-448

Hon. Richard Alan Enslen

**ORDER**

      This matter is before the Court on Defendant Twin City Fire Insurance Company's Motion for Leave to File Motion for Summary Judgment. The Motion for Leave was filed on September 25, 2007. Leave is now required because the Case Management Order of August 29, 2006 set a dispositive motion deadline for May 4, 2007. Defendant Twin City Fire Insurance Company's Motion for Leave does not even purport to establish "excusable neglect" for the lengthy extension sought. *See* Fed. R. Civ. P. 6(b)(2). The only reason given for the belated motion is the Court's ruling of August 20, 2007 (which granted a May 4, 2007 Motion). This explanation is not sufficient to establish "excusable neglect" or other justification for the belated filing.

      **THEREFORE, IT IS HEREBY ORDERED** that Defendant Twin City Fire Insurance Company's Motion for Leave to File Summary Judgment Motion (Dkt. No. 45) is **DENIED**.

DATED in Kalamazoo, MI:
    October 10, 2007

     /s/ Richard Alan Enslen    
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE